STATE of Missouri, Respondent,

v.

Eddie MULL, Appellant.

No. 58123.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 17, 1991.

Marc B. Fried, Hillsboro, William J. Swift, Columbia, for appellant.

William L. Webster, Atty. Gen., Joan F. Edwards, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Appellant, Eddie Mull, appeals his jury conviction in the Circuit Court of the City of St. Louis for possession of a controlled substance, phencyclidine (PCP), RSMo § 195.202 (1989), for which he was sentenced, as a prior offender, RSMo §§ 558.016 and 557.036.4 (1986), and prior drug offender, RSMo § 195.202 (1986), to seven years in prison. We affirm. We have reviewed the briefs of the parties, the arguments therein and the transcript of the proceedings below. We find no error on the part of the trial court. As we believe no jurisprudential purpose would be served by a written opinion, we dispose of this case pursuant to Rule 30.25(b). The parties have been provided with a memorandum, solely for their own information, setting forth the reasons for our decision.

Steven Wesley PARKUS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 44912.

Missouri Court of Appeals,
Western District.

Oct. 1, 1991.

Nancy A. McKerrow, Columbia, for appellant.

William L. Webster, Atty. Gen., Rudy Rhodes, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and BERREY and HANNA, JJ.

### ORDER

PER CURIAM.

Defendant appeals from the dismissal of a Rule 24.035 motion for post-conviction relief as untimely filed.

The judgment is affirmed. Rule 84.16(b).